UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KAREN VINES, DEXTER BROWN, and MARIE MAHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUMIT GADDH, Individually, and SUNNYMTG.COM866-768-CASH, LLC,<br><br>Defendants. | 09 cv 326<br><br>Hon. Janet T. Neff |

### Notice of Voluntary Dismissal

Plaintiffs Karen Vines, Dexter Brown and Marie Mahan, through their attorney, hereby submit this voluntary dismissal without prejudice of their claims against Sumit Gaddh and Sunnymtg.com866-768-CASH, LLC in this case, pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

By: /s/ Thomas M. Ryan
Thomas M. Ryan
Plaintiffs' Attorney

Thomas M. Ryan
Law Offices of Thomas M. Ryan, P.C.
35 E. Wacker Drive, Suite 650
Chicago, IL 60601
312.726.3400

1